IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME, ) | No. C 12-03365 EJD (PR) |
| ) | |
| Petitioner, ) | ORDER DENYING MOTION FOR HEARING SCHEDULE |
| ) | |
| vs. ) | |
| ) | (Docket No. 10) |
| ) | |
| SUE HUBBARD, ) | |
| ) | |
| Respondent. ) | |

  Petitioner, a California inmate proceeding <u>pro se</u>, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed a motion for leave to proceed <u>in forma pauperis</u> ("IFP") in lieu of paying the filing fee. (Docket No. 4.) The motion was denied because Petitioner had not shown an adequate level of poverty. (Doc. No. 6.) Petitioner filed a motion for reconsideration that was denied on November 19, 2012, and Petitioner was provided an additional thirty days to submit the filing fee. Petitioner has now filed a motion for hearing schedule. (Doc. No. 10.) It appears Petitioner is only seeking an update on the case. Petitioner must submit the filing fee or a new IFP application demonstrating indigence by December 19, 2012, or this case will be dismissed.

  This order terminates Docket No. 10.

DATED: 12/4/2012

EDWARD J. DAVILA
United States District Judge

Order Denying Motion for Reconsideration
03365LaFlamme_ord.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DON LAFLAMME,

        Plaintiff,

  v.

SUE HUBBARD et al,

        Defendant.

Case Number: CV12-03365 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don LaFlamme C-52818
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

Dated: December 5, 2012

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk