IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME,<br><br>   Petitioner,<br><br> vs.<br><br>SUE HUBBARD,<br><br>   Respondent. | No. C 12-03365 EJD (PR)<br><br>ORDER DENYING MOTION FOR HEARING SCHEDULE<br><br>(Docket No. 10) |

Petitioner, a California inmate proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner also filed a motion for leave to proceed in forma pauperis ("IFP") in lieu of paying the filing fee. (Docket No. 4.) The motion was denied because Petitioner had not shown an adequate level of poverty. (Doc. No. 6.) Petitioner filed a motion for reconsideration that was denied on November 19, 2012, and Petitioner was provided an additional thirty days to submit the filing fee. Petitioner has now filed a motion for hearing schedule. (Doc. No. 10.) It appears Petitioner is only seeking an update on the case. Petitioner must submit the filing fee or a new IFP application demonstrating indigence by December 19, 2012, or this case will be dismissed.

This order terminates Docket No. 10.

DATED:  12/4/2012

EDWARD J. DAVILA
United States District Judge

Order Denying Motion for Reconsideration
03365LaFlamme_ord.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME, | Case Number: CV12-03365 EJD |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| SUE HUBBARD et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don LaFlamme C-52818
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

Dated: December 5, 2012

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk