IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DON LAFLAMME, | ) | No. C 12-03365 EJD (PR) |
| | ) | |
| | ) | JUDGMENT |
| Petitioner, | ) | |
| vs. | ) | |
| | ) | |
| SUE HUBBARD, | ) | |
| | ) | |
| Respondent. | ) | |

For the reasons stated in the order of dismissal, this action is DISMISSED.

Judgment is entered accordingly.

The clerk shall close the file.

DATED: 1/18/2013

EDWARD J. DAVILA
United States District Judge

Judgment
03365LaFlamme_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DON LAFLAMME,

    Plaintiff,

v.

SUE HUBBARD et al,

    Defendant.

Case Number: CV12-03365 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don LaFlamme C-52818
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

Dated: January 22, 2013

    Richard W. Wieking, Clerk
    /s/ By: Elizabeth Garcia, Deputy Clerk