**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON LAFLAMME,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>SUE HUBBARD,<br><br>　　　　　Respondent. | No. C 12-03365 EJD (PR)<br><br>JUDGMENT |

　　　For the reasons stated in the order of dismissal, this action is DISMISSED.

Judgment is entered accordingly.

　　　The clerk shall close the file.

DATED: __1/18/2013__　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　United States District Judge

Judgment
03365LaFlamme_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DON LAFLAMME,

        Plaintiff,

  v.

SUE HUBBARD et al,

        Defendant.

Case Number: CV12-03365 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Don LaFlamme C-52818
Kern Valley State Prison
P. O. Box 5103
Delano, CA 93216

Dated: January 22, 2013

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk